UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arnold Klein, individually and as Personal
Representative and Heir of the Estate of
Yvette Klein, Pat McNamara,

Civil No. 06-3044 (RHK/AJB)

Plaintiffs,

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

Wyeth, Wyeth Pharmaceuticals, Inc., ESI Lederle
Pharmacia, Pfizer, Inc., Pharmacia and Upjohn
Company, Pharmacia Corporation, Greenstone, Ltd.,
Solvay Pharmaceuticals, Inc., Novartis Pharmaceuticals
Corporation, Ortho-McNeil Pharmaceuticals, Inc. a wholly
owned subsidiary of Johnson and Johnson, Inc.,
Apotheca, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 20, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge