UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Arnold Klein, individually and as Personal Representative and Heir of the Estate of Yvette Klein, Pat McNamara,<br><br>        Plaintiffs,<br><br>vs.<br><br>Wyeth, Wyeth Pharmaceuticals, Inc., ESI Lederle Pharmacia, Pfizer, Inc., Pharmacia and Upjohn Company, Pharmacia Corporation, Greenstone, Ltd., Solvay Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Ortho-McNeil Pharmaceuticals, Inc. a wholly owned subsidiary of Johnson and Johnson, Inc., Apotheca, Inc.,<br><br>        Defendants. | Civil No. 06-3044 (RHK/AJB)<br><br>**DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 20, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge